FILED
ASHEVILLE, N.C.

JUN 2 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:09CR51 |
| | ) | |
| vs. | ) | **ORDER TO SEAL INDICTMENT** |
| | ) | |
| JEFFREY ALAN ARTHUR, ET. AL. | ) | |
| | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Bill of Indictment, the Motion to Seal Indictment, and any other related documents be sealed.

THIS the 2nd day of June, 2009.

DENNIS L. HOWELL
MAGISTRATE JUDGE