IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09CR51-06

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs.   ) | ORDER |
| ) | |
| TRINA JO WILLIS.   ) | |
| _____ ) | |

**THIS MATTER** is before the court upon defendant's Motion to Join Motion of Codefendant to Amend Bond Conditions. Having considered defendant's motion, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Join Motion of Codefendant to Amend Bond Conditions (#23) is **GRANTED,** and the conditions of release are modified to permit defendant to live with Jerami Begue, as they are now married.

Signed: June 19, 2009

Dennis L. Howell
United States Magistrate Judge