UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:09CR51 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| GEORGE WADE COOK | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment without prejudice as to the Defendant George Wade Cook only.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant George Wade Cook only.

The Clerk is directed to transmit copies of this Order electronically to defense counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

Signed: June 29, 2009

Lacy H. Thornburg
United States District Judge